| WAITSTAFF | hours 2002-05 | hours 2005-09 | 3 x 2005-09 | weighted hours | 3 x waitstaff | settlement share |
|---|---|---|---|---|---|---|
| | 164.55 | 304.75 | 914.25 | 1,078.80 | 3,236.40 | 858.78 |
| | 2,555.90 | 4,141.76 | 12,425.28 | 14,981.18 | 44,943.54 | 11,925.77 |
| | - | 700.30 | 2,100.90 | 2,100.90 | 6,302.70 | 1,672.42 |
| | 124.80 | - | - | 124.80 | 374.40 | 99.35 |
| | 599.93 | 8,984.09 | 26,952.27 | 27,552.20 | 55,104.40 | 14,621.95 |
| | 7.00 | 7.00 | 21.00 | 28.00 | 84.00 | 22.29 |
| | - | 70.40 | 211.20 | 211.20 | 633.60 | 168.13 |
| | 625.70 | 1,401.00 | 4,203.00 | 4,828.70 | 14,486.10 | 3,843.89 |
| | 185.55 | 1,004.15 | 3,012.45 | 3,198.00 | 9,594.00 | 2,545.77 |
| | 29.03 | 9.68 | 29.04 | 58.07 | 174.21 | 46.23 |
| | | 775.00 | 2,325.00 | 2,325.00 | 6,975.00 | 1,850.82 |
| | - | 80.10 | 240.30 | 240.30 | 720.90 | 191.29 |
| | - | 1,817.40 | 5,452.20 | 5,452.20 | 16,356.60 | 4,340.22 |
| | 11.40 | - | - | 11.40 | 34.20 | 9.07 |
| | 62.80 | - | - | 62.80 | 188.40 | 49.99 |
| | 637.23 | 1,757.98 | 5,273.94 | 5,911.17 | 17,733.51 | 4,705.59 |
| | - | 313.90 | 941.70 | 941.70 | 2,825.10 | 749.64 |
| | - | 1,022.70 | 3,068.10 | 3,068.10 | 9,204.30 | 2,442.36 |
| | - | 743.80 | 2,231.40 | 2,231.40 | 6,694.20 | 1,776.31 |
| | - | 52.30 | 156.90 | 156.90 | 470.70 | 124.90 |
| | 244.08 | 400.33 | 1,200.99 | 1,445.07 | 2,890.14 | 766.90 |
| | 180.00 | 2,661.80 | 7,985.40 | 8,165.40 | 24,496.20 | 6,500.07 |
| | 720.13 | 2,739.01 | 8,217.03 | 8,937.16 | 26,811.48 | 7,114.43 |
| | - | 33.60 | 100.80 | 100.80 | 302.40 | 80.24 |
| | - | 58.50 | 175.50 | 175.50 | 526.50 | 139.71 |
| | 497.80 | 1,006.50 | 3,019.50 | 3,517.30 | 10,551.90 | 2,799.95 |
| | 198.20 | 30.00 | 90.00 | 288.20 | 864.60 | 229.42 |
| | 1,327.50 | 1,468.80 | 4,406.40 | 5,733.90 | 11,467.80 | 3,042.98 |
| | - | 98.26 | 294.78 | 294.78 | 884.34 | 234.66 |
| | - | 2,579.80 | 7,739.40 | 7,739.40 | 15,478.80 | 4,107.30 |
| | 128.50 | 902.00 | 2,706.00 | 2,834.50 | 8,503.50 | 2,256.40 |
| | 4,313.53 | 7,220.58 | 21,661.74 | 25,975.27 | 51,950.54 | 13,785.08 |
| | 59.85 | 511.45 | 1,534.35 | 1,594.20 | 3,188.40 | 846.04 |
| | 1,225.60 | 1,820.30 | 5,460.90 | 6,686.50 | 13,373.00 | 3,548.53 |
| | - | 24.40 | 73.20 | 73.20 | 219.60 | 58.27 |
| | - | 62.60 | 187.80 | 187.80 | 375.60 | 99.67 |
| | - | 54.60 | 163.80 | 163.80 | 491.40 | 130.39 |
| | - | 507.10 | 1,521.30 | 1,521.30 | 4,563.90 | 1,211.03 |
| | - | 51.00 | 153.00 | 153.00 | 459.00 | 121.80 |
| | - | 53.60 | 160.80 | 160.80 | 482.40 | 128.00 |
| | 370.00 | - | - | 370.00 | 1,110.00 | 294.54 |
| | 276.68 | 1,889.73 | 5,669.19 | 5,945.87 | 17,837.61 | 4,733.21 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| | 182.00 | 1,015.90 | 3,047.70 | 3,229.70 | 9,689.10 | 2,571.00 |
| | 1,124.63 | 1,343.88 | 4,031.64 | 5,156.27 | 15,468.81 | 4,104.65 |
| | 412.70 | 341.00 | 1,023.00 | 1,435.70 | 4,307.10 | 1,142.89 |
| | - | 10.90 | 32.70 | 32.70 | 98.10 | 26.03 |
| PATRICIA DEVIN | 3,237.05 | 5,907.75 | 17,723.25 | 20,960.30 | 62,880.90 | 16,685.45 |
| | 535.30 | - | - | 535.30 | 1,605.90 | 426.13 |
| | | 80.00 | 240.00 | 240.00 | 720.00 | 191.05 |
| | 293.28 | 170.93 | 512.79 | 806.07 | 2,418.21 | 641.67 |
| | - | 427.40 | 1,282.20 | 1,282.20 | 3,846.60 | 1,020.70 |
| | - | 263.30 | 789.90 | 789.90 | 2,369.70 | 628.80 |
| | 306.38 | 485.23 | 1,455.69 | 1,762.07 | 5,286.21 | 1,402.70 |
| | - | 223.40 | 670.20 | 670.20 | 2,010.60 | 533.51 |
| | 3,125.98 | 5,638.00 | 16,914.00 | 20,039.98 | 60,119.94 | 15,952.83 |
| | - | 437.30 | 1,311.90 | 1,311.90 | 3,935.70 | 1,044.34 |
| | - | 700.00 | 2,100.00 | 2,100.00 | 4,200.00 | 1,114.47 |
| | 59.33 | 1,133.08 | 3,399.24 | 3,458.57 | 10,375.71 | 2,753.19 |
| | - | 258.90 | 776.70 | 776.70 | 2,330.10 | 618.29 |
| MAUREEN ENNIS | 3,789.60 | 6,136.00 | 18,408.00 | 22,197.60 | 66,592.80 | 17,670.40 |
| | 429.23 | 107.18 | 321.54 | 750.77 | 1,501.54 | 398.43 |
| | - | 2,014.10 | 6,042.30 | 6,042.30 | 18,126.90 | 4,809.97 |
| | 223.20 | 1,495.50 | 4,486.50 | 4,709.70 | 14,129.10 | 3,749.16 |
| | - | 479.60 | 1,438.80 | 1,438.80 | 4,316.40 | 1,145.36 |
| | 202.73 | 463.28 | 1,389.84 | 1,592.57 | 3,185.14 | 845.18 |
| | 47.18 | 22.73 | 68.19 | 115.37 | 346.11 | 91.84 |
| | - | 42.30 | 126.90 | 126.90 | 380.70 | 101.02 |
| | 42.63 | 162.58 | 487.74 | 530.37 | 1,060.74 | 281.47 |
| | - | 1,085.20 | 3,255.60 | 3,255.60 | 9,766.80 | 2,591.62 |
| | - | 481.30 | 1,443.90 | 1,443.90 | 4,331.70 | 1,149.42 |
| | 57.35 | 137.55 | 412.65 | 470.00 | 1,410.00 | 374.14 |
| | 11.50 | 77.40 | 232.20 | 243.70 | 731.10 | 194.00 |
| | 133.43 | 2,067.28 | 6,201.84 | 6,335.27 | 19,005.81 | 5,043.19 |
| | | 210.00 | 630.00 | 630.00 | 1,890.00 | 501.51 |
| | 118.90 | - | - | 118.90 | 356.70 | 94.65 |
| | 2,044.63 | 2,878.98 | 8,636.94 | 10,681.57 | 32,044.71 | 8,503.06 |
| | 243.98 | 58.33 | 174.99 | 418.97 | 1,256.91 | 333.52 |
| | 409.80 | 1,177.80 | 3,533.40 | 3,943.20 | 7,886.40 | 2,092.66 |
| | 140.05 | 1,027.85 | 3,083.55 | 3,223.60 | 9,670.80 | 2,566.15 |
| | 268.25 | 1,731.25 | 5,193.75 | 5,462.00 | 10,924.00 | 2,898.68 |
| | | 220.58 | 661.74 | 661.74 | 1,985.22 | 526.78 |
| | - | 154.10 | 462.30 | 462.30 | 1,386.90 | 368.01 |
| | 536.63 | 1,044.98 | 3,134.94 | 3,671.57 | 7,343.14 | 1,948.50 |
| | - | 435.20 | 1,305.60 | 1,305.60 | 3,916.80 | 1,039.32 |
| | 62.60 | - | - | 62.60 | 187.80 | 49.83 |
| | 250.13 | 182.58 | 547.74 | 797.87 | 2,393.61 | 635.14 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| - | 250.90 | 752.70 | 752.70 | 2,258.10 | 599.19 |
| - | 618.80 | 1,856.40 | 1,856.40 | 3,712.80 | 985.19 |
| 36.15 | 673.15 | 2,019.45 | 2,055.60 | 4,111.20 | 1,090.91 |
| 1,475.00 | 56.00 | 168.00 | 1,643.00 | 4,929.00 | 1,307.91 |
| 3,923.23 | 5,363.88 | 16,091.64 | 20,014.87 | 40,029.74 | 10,621.89 |
| 150.00 | 280.00 | 840.00 | 990.00 | 2,970.00 | 788.09 |
| - | 5,668.62 | 17,005.86 | 17,005.86 | 51,017.58 | 13,537.51 |
| 5.60 | - | - | 5.60 | 16.80 | 4.46 |
| 8.00 | - | - | 8.00 | 24.00 | 6.37 |
| 1,999.48 | 3,340.33 | 10,020.99 | 12,020.47 | 24,040.94 | 6,379.26 |
| 251.03 | 550.38 | 1,651.14 | 1,902.17 | 5,706.51 | 1,514.22 |
| - | 237.70 | 713.10 | 713.10 | 2,139.30 | 567.66 |
| 73.60 | - | - | 73.60 | 220.80 | 58.59 |
| | 324.00 | 972.00 | 972.00 | 2,916.00 | 773.76 |
| 2,015.03 | 5,186.18 | 15,558.54 | 17,573.57 | 35,147.14 | 9,326.29 |
| 135.30 | - | - | 135.30 | 405.90 | 107.71 |

LUIS LEON

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 924.75 | 2,464.85 | 7,394.55 | 8,319.30 | 24,957.90 | 6,622.58 |
| 64.40 | - | - | 64.40 | 193.20 | 51.27 |
| 192.80 | 739.70 | 2,219.10 | 2,411.90 | 7,235.70 | 1,919.99 |
| 159.10 | - | - | 159.10 | 477.30 | 126.65 |
| 74.25 | 4,880.96 | 14,642.88 | 14,717.13 | 44,151.39 | 11,715.57 |
| | 1,575.00 | 4,725.00 | 4,725.00 | 14,175.00 | 3,761.34 |
| 136.20 | - | - | 136.20 | 408.60 | 108.42 |
| 13.28 | 4.43 | 13.29 | 26.57 | 79.71 | 21.15 |
| - | 135.20 | 405.60 | 405.60 | 1,216.80 | 322.88 |
| 147.50 | 341.80 | 1,025.40 | 1,172.90 | 3,518.70 | 933.69 |
| 798.65 | 512.55 | 1,537.65 | 2,336.30 | 4,672.60 | 1,239.87 |
| - | 401.40 | 1,204.20 | 1,204.20 | 3,612.60 | 958.60 |
| 103.80 | 287.40 | 862.20 | 966.00 | 2,898.00 | 768.98 |
| 1,704.00 | 2,793.20 | 8,379.60 | 10,083.60 | 20,167.20 | 5,351.37 |
| 291.00 | 420.70 | 1,262.10 | 1,553.10 | 4,659.30 | 1,236.35 |
| 3.00 | 441.10 | 1,323.30 | 1,326.30 | 3,978.90 | 1,055.80 |
| 630.88 | 1,335.33 | 4,005.99 | 4,636.87 | 9,273.74 | 2,460.79 |
| 5.90 | - | - | 5.90 | 17.70 | 4.70 |
| 1,289.88 | 3,274.43 | 9,823.29 | 11,113.17 | 22,226.34 | 5,897.76 |
| 343.28 | 2,042.13 | 6,126.39 | 6,469.67 | 19,409.01 | 5,150.18 |
| 46.75 | 266.05 | 798.15 | 844.90 | 2,534.70 | 672.58 |
| - | 561.40 | 1,684.20 | 1,684.20 | 5,052.60 | 1,340.71 |
| 2,140.20 | 4,265.90 | 12,797.70 | 14,937.90 | 29,875.80 | 7,927.54 |
| 87.10 | - | - | 87.10 | 261.30 | 69.34 |
| 4.50 | 117.20 | 351.60 | 356.10 | 712.20 | 188.98 |
| - | 990.50 | 2,971.50 | 2,971.50 | 8,914.50 | 2,365.46 |
| - | 220.70 | 662.10 | 662.10 | 1,986.30 | 527.06 |
| 1,279.53 | 3,346.78 | 10,040.34 | 11,319.87 | 22,639.74 | 6,007.46 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 43.43 | 25.58 | 76.74 | 120.17 | 360.51 | 95.66 |
| - | 1,966.00 | 5,898.00 | 5,898.00 | 17,694.00 | 4,695.10 |
| 207.38 | 1,568.73 | 4,706.19 | 4,913.57 | 14,740.71 | 3,911.45 |
| 14.90 | - | - | 14.90 | 44.70 | 11.86 |
| 79.93 | 30.38 | 91.14 | 171.07 | 513.21 | 136.18 |
| 140.48 | 1,164.83 | 3,494.49 | 3,634.97 | 7,269.94 | 1,929.08 |
| - | 5.00 | 15.00 | 15.00 | 45.00 | 11.94 |
| 740.35 | 2,915.45 | 8,746.35 | 9,486.70 | 28,460.10 | 7,551.89 |
| 19.20 | - | - | 19.20 | 57.60 | 15.28 |
| 587.53 | 151.58 | 454.74 | 1,042.27 | 2,084.54 | 553.13 |
| 2,398.83 | 3,410.78 | 10,232.34 | 12,631.17 | 37,893.51 | 10,055.04 |
| 2,824.48 | 6,007.93 | 18,023.79 | 20,848.27 | 41,696.54 | 11,064.18 |
| 2,328.05 | 3,055.15 | 9,165.45 | 11,493.50 | 22,987.00 | 6,099.60 |
| 144.30 | 74.00 | 222.00 | 366.30 | 1,098.90 | 291.59 |
| - | 200.00 | 600.00 | 600.00 | 1,800.00 | 477.63 |
| 235.00 | 1,824.30 | 5,472.90 | 5,707.90 | 17,123.70 | 4,543.77 |
| 771.63 | 2,666.08 | 7,998.24 | 8,769.87 | 26,309.61 | 6,981.26 |
| 817.30 | 893.90 | 2,681.70 | 3,499.00 | 10,497.00 | 2,785.38 |
| - | 58.42 | 175.26 | 175.26 | 525.78 | 139.52 |
| - | 22.50 | 67.50 | 67.50 | 135.00 | 35.82 |
| - | 5,452.90 | 16,358.70 | 16,358.70 | 32,717.40 | 8,681.56 |
| 1,754.05 | 4,487.55 | 13,462.65 | 15,216.70 | 30,433.40 | 8,075.50 |
| - | 113.60 | 340.80 | 340.80 | 1,022.40 | 271.29 |
| 77.60 | 5.70 | 17.10 | 94.70 | 284.10 | 75.39 |
| - | 1,609.50 | 4,828.50 | 4,828.50 | 9,657.00 | 2,562.48 |
| - | 600.00 | 1,800.00 | 1,800.00 | 5,400.00 | 1,432.89 |
| 235.30 | - | - | 235.30 | 705.90 | 187.31 |
| - | 13.00 | 39.00 | 39.00 | 117.00 | 31.05 |
| 71.70 | 29.70 | 89.10 | 160.80 | 482.40 | 128.00 |
| - | 1,048.50 | 3,145.50 | 3,145.50 | 9,436.50 | 2,503.98 |
| - | 192.20 | 576.60 | 576.60 | 1,729.80 | 459.00 |
| - | 83.20 | 249.60 | 249.60 | 748.80 | 198.69 |
| 206.90 | - | - | 206.90 | 413.80 | 109.80 |
| 20.00 | 30.00 | 90.00 | 110.00 | 330.00 | 87.57 |
| 278.18 | 45.73 | 137.19 | 415.37 | 830.74 | 220.44 |
| 80.00 | 3.50 | 10.50 | 90.50 | 271.50 | 72.04 |
| 683.53 | 616.28 | 1,848.84 | 2,532.37 | 5,064.74 | 1,343.93 |
| 94.95 | 283.95 | 851.85 | 946.80 | 2,840.40 | 753.70 |
| 86.40 | 215.20 | 645.60 | 732.00 | 2,196.00 | 582.71 |
| 204.90 | 3,262.47 | 9,787.41 | 9,992.31 | 29,976.93 | 7,954.38 |
| - | 28.00 | 84.00 | 84.00 | 252.00 | 66.87 |
| - | 851.10 | 2,553.30 | 2,553.30 | 5,106.60 | 1,355.04 |
| 48.10 | - | - | 48.10 | 144.30 | 38.29 |
| 2,995.65 | 4,461.95 | 13,385.85 | 16,381.50 | 32,763.00 | 8,693.66 |

|  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|
|  | 295.00 | - | - | 295.00 | 885.00 | 234.83 |
|  | - | 441.50 | 1,324.50 | 1,324.50 | 3,973.50 | 1,054.37 |
|  | 6.20 | - | - | 6.20 | 18.60 | 4.94 |
|  | - | 616.40 | 1,849.20 | 1,849.20 | 5,547.60 | 1,472.06 |
|  | 41.50 | 1.00 | 3.00 | 44.50 | 133.50 | 35.42 |
|  | 930.20 | 3,363.20 | 10,089.60 | 11,019.80 | 33,059.40 | 8,772.31 |
|  | 884.63 | 893.48 | 2,680.44 | 3,565.07 | 10,695.21 | 2,837.97 |
|  | 63.53 | 388.38 | 1,165.14 | 1,228.67 | 3,686.01 | 978.08 |
| PATRICIA SCHULZE | 3,919.75 | 5,644.95 | 16,934.85 | 20,854.60 | 62,563.80 | 16,601.30 |
|  | 14.00 | - | - | 14.00 | 42.00 | 11.14 |
|  |  | 110.00 | 330.00 | 330.00 | 990.00 | 262.70 |
|  | - | 2,675.90 | 8,027.70 | 8,027.70 | 16,055.40 | 4,260.30 |
|  | 1,510.13 | 1,315.08 | 3,945.24 | 5,455.37 | 16,366.11 | 4,342.75 |
|  | 2,012.73 | 4,870.78 | 14,612.34 | 16,625.07 | 49,875.21 | 13,234.39 |
|  | 12.68 | 4.23 | 12.69 | 25.37 | 76.11 | 20.20 |
|  | - | 47.40 | 142.20 | 142.20 | 426.60 | 113.20 |
|  | - | 106.70 | 320.10 | 320.10 | 960.30 | 254.82 |
|  | - | 258.00 | 774.00 | 774.00 | 2,322.00 | 616.14 |
|  | 687.70 | 1,088.00 | 3,264.00 | 3,951.70 | 7,903.40 | 2,097.17 |
|  | 365.90 | 1,874.40 | 5,623.20 | 5,989.10 | 11,978.20 | 3,178.42 |
|  | 1,533.19 | 2,824.33 | 8,472.99 | 10,006.18 | 20,012.36 | 5,310.28 |
|  | 89.13 | 174.58 | 523.74 | 612.87 | 1,225.74 | 325.25 |
|  | - | 461.90 | 1,385.70 | 1,385.70 | 4,157.10 | 1,103.09 |
|  | - | 186.90 | 560.70 | 560.70 | 1,121.40 | 297.56 |
|  | 47.96 | 1,272.49 | 3,817.47 | 3,865.43 | 7,730.86 | 2,051.38 |
|  | 371.35 | 1,230.55 | 3,691.65 | 4,063.00 | 12,189.00 | 3,234.35 |
|  | 407.08 | 116.43 | 349.29 | 756.37 | 2,269.11 | 602.11 |
|  | - | 99.20 | 297.60 | 297.60 | 892.80 | 236.90 |
|  | 62.90 | 4.50 | 13.50 | 76.40 | 229.20 | 60.82 |
|  | - | 3,066.10 | 9,198.30 | 9,198.30 | 27,594.90 | 7,322.31 |
|  | 80.00 | - | - | 80.00 | 240.00 | 63.68 |
|  | 28.10 | - | - | 28.10 | 84.30 | 22.37 |
|  | 5.90 | - | - | 5.90 | 17.70 | 4.70 |
|  | 194.70 | - | - | 194.70 | 584.10 | 154.99 |
|  | 297.70 | 518.20 | 1,554.60 | 1,852.30 | 5,556.90 | 1,474.52 |
|  | 8.00 | 5.00 | 15.00 | 23.00 | 69.00 | 18.31 |
|  | 379.20 | 347.10 | 1,041.30 | 1,420.50 | 2,841.00 | 753.86 |
|  | 193.50 | 2,268.00 | 6,804.00 | 6,997.50 | 20,992.50 | 5,570.36 |
|  | - | 436.50 | 1,309.50 | 1,309.50 | 2,619.00 | 694.95 |
|  | 55.00 | 75.50 | 226.50 | 281.50 | 844.50 | 224.09 |
|  |  |  |  |  | - | - |
| **OTHER POSITIONS** |  |  |  |  | - | - |
|  |  |  | - | - | - | - |
|  | - | 266.40 | 799.20 | 799.20 | 799.20 | 212.07 |
|  | - | 1,203.70 | 3,611.10 | 3,611.10 | 3,611.10 | 958.21 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| - | 748.60 | 2,245.80 | 2,245.80 | 2,245.80 | 595.92 |
| 1,059.45 | 5,724.65 | 17,173.95 | 18,233.40 | 18,233.40 | 4,838.23 |
| - | 1,657.70 | 4,973.10 | 4,973.10 | 4,973.10 | 1,319.61 |
| 763.43 | 5,603.48 | 16,810.44 | 17,573.87 | 17,573.87 | 4,663.23 |
| 4,371.45 | 5,897.15 | 17,691.45 | 22,062.90 | 22,062.90 | 5,854.39 |
| - | 1,090.60 | 3,271.80 | 3,271.80 | 3,271.80 | 868.17 |
| 264.08 | 284.23 | 852.69 | 1,116.77 | 1,116.77 | 296.33 |
| 503.70 | 3,694.20 | 11,082.60 | 11,586.30 | 11,586.30 | 3,074.42 |
| 4,309.73 | 6,131.48 | 18,394.44 | 22,704.17 | 22,704.17 | 6,024.55 |
| - | 1,413.00 | 4,239.00 | 4,239.00 | 4,239.00 | 1,124.82 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| 1,030.80 | 5,794.90 | 17,384.70 | 18,415.50 | 18,415.50 | 4,886.55 |
| 673.23 | 164.38 | 493.14 | 1,166.37 | 1,166.37 | 309.50 |
| - | 907.70 | 2,723.10 | 2,723.10 | 2,723.10 | 722.57 |
| 1,739.78 | 8,686.93 | 26,060.79 | 27,800.57 | 27,800.57 | 7,376.88 |
| - | 2,302.90 | 6,908.70 | 6,908.70 | 6,908.70 | 1,833.22 |
| 61.08 | 867.93 | 2,603.79 | 2,664.87 | 2,664.87 | 707.12 |
| - | 86.40 | 259.20 | 259.20 | 259.20 | 68.78 |
| - | 497.90 | 1,493.70 | 1,493.70 | 1,493.70 | 396.35 |
| - | 2,669.70 | 8,009.10 | 8,009.10 | 8,009.10 | 2,125.21 |
| 1,954.90 | 6,170.90 | 18,512.70 | 20,467.60 | 20,467.60 | 5,431.08 |
| - | 937.70 | 2,813.10 | 2,813.10 | 2,813.10 | 746.46 |
| - | 1,270.80 | 3,812.40 | 3,812.40 | 3,812.40 | 1,011.62 |
| - | 4,936.20 | 14,808.60 | 14,808.60 | 14,808.60 | 3,929.46 |
| 730.60 | 2,313.50 | 6,940.50 | 7,671.10 | 7,671.10 | 2,035.53 |
| 27.00 | 1,920.40 | 5,761.20 | 5,788.20 | 5,788.20 | 1,535.90 |
| 1,391.20 | 4,053.90 | 12,161.70 | 13,552.90 | 13,552.90 | 3,596.26 |
| 52.13 | 598.58 | 1,795.74 | 1,847.87 | 1,847.87 | 490.33 |
| 2,497.83 | 2,940.58 | 8,821.74 | 11,319.57 | 11,319.57 | 3,003.65 |
| 67.30 | 76.00 | 228.00 | 295.30 | 295.30 | 78.36 |
| 114.00 | - | - | 114.00 | 114.00 | 30.25 |
| - | 248.30 | 744.90 | 744.90 | 744.90 | 197.66 |
| 33.50 | - | - | 33.50 | 33.50 | 8.89 |
| - | 892.10 | 2,676.30 | 2,676.30 | 2,676.30 | 710.16 |
| 91.13 | 110.68 | 332.04 | 423.17 | 423.17 | 112.29 |
| 72.30 | 1,757.00 | 5,271.00 | 5,343.30 | 5,343.30 | 1,417.84 |
| - | 769.20 | 2,307.60 | 2,307.60 | 2,307.60 | 612.32 |
| 13.70 | - | - | 13.70 | 13.70 | 3.64 |
| - | 1,046.20 | 3,138.60 | 3,138.60 | 3,138.60 | 832.83 |
| 13.00 | - | - | 13.00 | 13.00 | 3.45 |
| - | 33.80 | 101.40 | 101.40 | 101.40 | 26.91 |
| 820.45 | 2,824.15 | 8,472.45 | 9,292.90 | 9,292.90 | 2,465.87 |
| - | 2,978.50 | 8,935.50 | 8,935.50 | 8,935.50 | 2,371.03 |
| - | 300.40 | 901.20 | 901.20 | 901.20 | 239.13 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 3,716.83 | 5,071.08 | 15,213.24 | 18,930.07 | 18,930.07 | 5,023.09 |
| - | 184.60 | 553.80 | 553.80 | 553.80 | 146.95 |
| - | 1,708.00 | 5,124.00 | 5,124.00 | 5,124.00 | 1,359.65 |
| 867.30 | 1,666.40 | 4,999.20 | 5,866.50 | 5,866.50 | 1,556.68 |
| 743.30 | 881.10 | 2,643.30 | 3,386.60 | 3,386.60 | 898.63 |
| 4.00 | - | - | 4.00 | 4.00 | 1.06 |
| 140.00 | - | - | 140.00 | 140.00 | 37.15 |
| 289.50 | - | - | 289.50 | 289.50 | 76.82 |
| 1,390.05 | 922.41 | 2,767.23 | 4,157.28 | 4,157.28 | 1,103.13 |
| 26.25 | 353.05 | 1,059.15 | 1,085.40 | 1,085.40 | 288.01 |
| - | 147.40 | 442.20 | 442.20 | 442.20 | 117.34 |
| 2,170.50 | 2,801.47 | 8,404.41 | 10,574.91 | 10,574.91 | 2,806.05 |
| 4,244.08 | 2,094.83 | 6,284.49 | 10,528.57 | 10,528.57 | 2,793.76 |
| 3,474.58 | 4,243.33 | 12,729.99 | 16,204.57 | 16,204.57 | 4,299.88 |
| 49.40 | - | - | 49.40 | 49.40 | 13.11 |
| - | 4,181.70 | 12,545.10 | 12,545.10 | 12,545.10 | 3,328.84 |
| - | 368.13 | 1,104.39 | 1,104.39 | 1,104.39 | 293.05 |
| - | 1,850.30 | 5,550.90 | 5,550.90 | 5,550.90 | 1,472.93 |
| 79.30 | 89.90 | 269.70 | 349.00 | 349.00 | 92.61 |
| 496.10 | - | - | 496.10 | 496.10 | 131.64 |
| 55.10 | - | - | 55.10 | 55.10 | 14.62 |
| - | 237.50 | 712.50 | 712.50 | 712.50 | 189.06 |
| - | 184.80 | 554.40 | 554.40 | 554.40 | 147.11 |
| - | 329.20 | 987.60 | 987.60 | 987.60 | 262.06 |
| - | 2,278.30 | 6,834.90 | 6,834.90 | 6,834.90 | 1,813.64 |
| - | 950.30 | 2,850.90 | 2,850.90 | 2,850.90 | 756.49 |
| 805.60 | - | - | 805.60 | 805.60 | 213.77 |
| 807.33 | 1,596.38 | 4,789.14 | 5,596.47 | 5,596.47 | 1,485.02 |
| 679.75 | 1,359.25 | 4,077.75 | 4,757.50 | 4,757.50 | 1,262.40 |
| - | 150.00 | 450.00 | 450.00 | 450.00 | 119.41 |
| 79.38 | 497.33 | 1,491.99 | 1,571.37 | 1,571.37 | 416.96 |
| 557.25 | 4,615.45 | 13,846.35 | 14,403.60 | 14,403.60 | 3,822.00 |
| - | 268.60 | 805.80 | 805.80 | 805.80 | 213.82 |
| - | 1,875.20 | 5,625.60 | 5,625.60 | 5,625.60 | 1,492.75 |
| 312.90 | 4,312.80 | 12,938.40 | 13,251.30 | 13,251.30 | 3,516.23 |
| - | 116.80 | 350.40 | 350.40 | 350.40 | 92.98 |
| 3,737.63 | 5,227.28 | 15,681.84 | 19,419.47 | 19,419.47 | 5,152.96 |
| - | 327.50 | 982.50 | 982.50 | 982.50 | 260.71 |
| 2,213.15 | 3,244.95 | 9,734.85 | 11,948.00 | 11,948.00 | 3,170.40 |
| - | 4,007.40 | 12,022.20 | 12,022.20 | 12,022.20 | 3,190.09 |
| - | 1,144.10 | 3,432.30 | 3,432.30 | 3,432.30 | 910.76 |
| - | 4,049.80 | 12,149.40 | 12,149.40 | 12,149.40 | 3,223.84 |
| 882.50 | 4,131.50 | 12,394.50 | 13,277.00 | 13,277.00 | 3,523.05 |
| 653.00 | - | - | 653.00 | 653.00 | 173.27 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| - | 339.60 | 1,018.80 | 1,018.80 | 1,018.80 | 270.34 |
| 40.13 | 13.38 | 40.14 | 80.27 | 80.27 | 21.30 |
| 47.03 | 15.68 | 47.04 | 94.07 | 94.07 | 24.96 |
| - | 182.50 | 547.50 | 547.50 | 547.50 | 145.28 |
| 97.23 | 883.48 | 2,650.44 | 2,747.67 | 2,747.67 | 729.09 |
| 417.23 | 3,646.68 | 10,940.04 | 11,357.27 | 11,357.27 | 3,013.65 |
| - | 111.50 | 334.50 | 334.50 | 334.50 | 88.76 |
| 284.40 | - | - | 284.40 | 284.40 | 75.47 |
| 437.00 | 9.00 | 27.00 | 464.00 | 464.00 | 123.12 |
| 41.80 | 5.50 | 16.50 | 58.30 | 58.30 | 15.47 |
| - | 343.40 | 1,030.20 | 1,030.20 | 1,030.20 | 273.36 |
| 713.50 | - | - | 713.50 | 713.50 | 189.33 |
| - | 845.80 | 2,537.40 | 2,537.40 | 2,537.40 | 673.30 |
| 75.65 | 1,031.94 | 3,095.82 | 3,171.47 | 3,171.47 | 841.55 |
| - | 1,351.50 | 4,054.50 | 4,054.50 | 4,054.50 | 1,075.86 |
| 186.83 | 1,345.56 | 4,036.68 | 4,223.51 | 4,223.51 | 1,120.71 |
| - | 330.20 | 990.60 | 990.60 | 990.60 | 262.86 |
| 79.40 | - | - | 79.40 | 79.40 | 21.07 |
| - | 30.20 | 90.60 | 90.60 | 90.60 | 24.04 |
| 44.53 | 163.68 | 491.04 | 535.57 | 535.57 | 142.11 |
| 7.50 | - | - | 7.50 | 7.50 | 1.99 |
| - | 374.30 | 1,122.90 | 1,122.90 | 1,122.90 | 297.96 |
| 7.70 | - | - | 7.70 | 7.70 | 2.04 |
| 6,432.70 | 8,073.90 | 24,221.70 | 30,654.40 | 30,654.40 | 8,134.15 |
| - | 444.30 | 1,332.90 | 1,332.90 | 1,332.90 | 353.69 |
| 23.00 | - | - | 23.00 | 23.00 | 6.10 |
| - | 686.70 | 2,060.10 | 2,060.10 | 2,060.10 | 546.65 |
| - | 77.40 | 232.20 | 232.20 | 232.20 | 61.61 |
| 137.00 | - | - | 137.00 | 137.00 | 36.35 |
| 5,221.28 | 5,503.63 | 16,510.89 | 21,732.17 | 21,732.17 | 5,766.63 |
| 59.10 | - | - | 59.10 | 59.10 | 15.68 |
| - | 949.40 | 2,848.20 | 2,848.20 | 2,848.20 | 755.77 |
| 46.20 | 15.40 | 46.20 | 92.40 | 92.40 | 24.52 |
| 759.38 | 3,369.03 | 10,107.09 | 10,866.47 | 10,866.47 | 2,883.42 |
| 20.60 | - | - | 20.60 | 20.60 | 5.47 |
| 92.63 | 75.68 | 227.04 | 319.67 | 319.67 | 84.82 |
| - | 527.90 | 1,583.70 | 1,583.70 | 1,583.70 | 420.23 |
| - | 2,183.50 | 6,550.50 | 6,550.50 | 6,550.50 | 1,738.18 |
| - | 1,570.70 | 4,712.10 | 4,712.10 | 4,712.10 | 1,250.36 |
| - | 74.00 | 222.00 | 222.00 | 222.00 | 58.91 |
| - | 85.00 | 255.00 | 255.00 | 255.00 | 67.66 |
| 1,196.60 | 1,621.40 | 4,864.20 | 6,060.80 | 6,060.80 | 1,608.23 |
| 2,949.18 | 4,707.03 | 14,121.09 | 17,070.27 | 17,070.27 | 4,529.60 |
| 1,000.00 | - | - | 1,000.00 | 1,000.00 | 265.35 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 1,191.80 | 2,828.60 | 8,485.80 | 9,677.60 | 9,677.60 | 2,567.95 |
| 682.60 | - | - | 682.60 | 682.60 | 181.13 |
| - | 4,111.00 | 12,333.00 | 12,333.00 | 12,333.00 | 3,272.56 |
| - | 1,181.40 | 3,544.20 | 3,544.20 | 3,544.20 | 940.45 |
| - | 3,575.50 | 10,726.50 | 10,726.50 | 10,726.50 | 2,846.28 |
| - | 245.90 | 737.70 | 737.70 | 737.70 | 195.75 |
| - | 259.00 | 777.00 | 777.00 | 777.00 | 206.18 |
| - | 2,398.80 | 7,196.40 | 7,196.40 | 7,196.40 | 1,909.56 |
| - | 632.70 | 1,898.10 | 1,898.10 | 1,898.10 | 503.66 |
| - | 71.00 | 213.00 | 213.00 | 213.00 | 56.52 |
| 19.00 | - | - | 19.00 | 19.00 | 5.04 |
| 232.40 | 374.10 | 1,122.30 | 1,354.70 | 1,354.70 | 359.47 |
| 1,152.63 | 1,529.48 | 4,588.44 | 5,741.07 | 5,741.07 | 1,523.39 |
| - | 175.00 | 525.00 | 525.00 | 525.00 | 139.31 |
| 26.70 | 303.90 | 911.70 | 938.40 | 938.40 | 249.00 |
| 112.25 | 579.35 | 1,738.05 | 1,850.30 | 1,850.30 | 490.98 |
| 71.23 | 115.28 | 345.84 | 417.07 | 417.07 | 110.67 |
| - | 255.30 | 765.90 | 765.90 | 765.90 | 203.23 |
| - | 157.30 | 471.90 | 471.90 | 471.90 | 125.22 |
| - | 275.60 | 826.80 | 826.80 | 826.80 | 219.39 |
| 87.20 | - | - | 87.20 | 87.20 | 23.14 |
| - | 2,756.20 | 8,268.60 | 8,268.60 | 8,268.60 | 2,194.07 |
| - | 2,397.90 | 7,193.70 | 7,193.70 | 7,193.70 | 1,908.85 |
| 309.65 | 353.65 | 1,060.95 | 1,370.60 | 1,370.60 | 363.69 |
| - | 2,478.90 | 7,436.70 | 7,436.70 | 7,436.70 | 1,973.33 |
| 300.00 | - | - | 300.00 | 300.00 | 79.61 |
| 636.10 | - | - | 636.10 | 636.10 | 168.79 |
| 139.88 | 46.63 | 139.89 | 279.77 | 279.77 | 74.24 |
| 24.40 | - | - | 24.40 | 24.40 | 6.47 |
| 33.50 | - | - | 33.50 | 33.50 | 8.89 |
| - | 80.00 | 240.00 | 240.00 | 240.00 | 63.68 |
| 331.10 | - | - | 331.10 | 331.10 | 87.86 |
| 42.40 | - | - | 42.40 | 42.40 | 11.25 |
| 4,621.90 | 6,705.30 | 20,115.90 | 24,737.80 | 24,737.80 | 6,564.18 |
| - | 54.20 | 162.60 | 162.60 | 162.60 | 43.15 |
| - | 227.10 | 681.30 | 681.30 | 681.30 | 180.78 |
| 12.70 | 297.70 | 893.10 | 905.80 | 905.80 | 240.35 |
| - | 420.40 | 1,261.20 | 1,261.20 | 1,261.20 | 334.66 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| - | 114.30 | 342.90 | 342.90 | 342.90 | 90.99 |
| 204.00 | - | - | 204.00 | 204.00 | 54.13 |
| 132.70 | - | - | 132.70 | 132.70 | 35.21 |
| - | 470.97 | 1,412.91 | 1,412.91 | 1,412.91 | 374.92 |
| 351.68 | 2,658.23 | 7,974.69 | 8,326.37 | 8,326.37 | 2,209.40 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 2,899.48 | 7,275.83 | 21,827.49 | 24,726.97 | 24,726.97 | 6,561.30 |
| 1,139.08 | 1,383.33 | 4,149.99 | 5,289.07 | 5,289.07 | 1,403.45 |
| 153.98 | 51.33 | 153.99 | 307.97 | 307.97 | 81.72 |
| - | 417.60 | 1,252.80 | 1,252.80 | 1,252.80 | 332.43 |
| 73.40 | - | - | 73.40 | 73.40 | 19.48 |
| 104.63 | 2,029.38 | 6,088.14 | 6,192.77 | 6,192.77 | 1,643.25 |
| 2,162.48 | 6,054.73 | 18,164.19 | 20,326.67 | 20,326.67 | 5,393.68 |
| 675.75 | 119.85 | 359.55 | 1,035.30 | 1,035.30 | 274.72 |
| - | 1,479.00 | 4,437.00 | 4,437.00 | 4,437.00 | 1,177.36 |
| - | 708.60 | 2,125.80 | 2,125.80 | 2,125.80 | 564.08 |
| 336.88 | 3,360.13 | 10,080.39 | 10,417.27 | 10,417.27 | 2,764.22 |
| 448.40 | 3,396.30 | 10,188.90 | 10,637.30 | 10,637.30 | 2,822.61 |
| 1,372.33 | 6,671.68 | 20,015.04 | 21,387.37 | 21,387.37 | 5,675.14 |
| 420.68 | 5,252.03 | 15,756.09 | 16,176.77 | 16,176.77 | 4,292.51 |
| - | 373.10 | 1,119.30 | 1,119.30 | 1,119.30 | 297.01 |
| - | 751.00 | 2,253.00 | 2,253.00 | 2,253.00 | 597.83 |
| - | 427.00 | 1,281.00 | 1,281.00 | 1,281.00 | 339.91 |
| - | 396.50 | 1,189.50 | 1,189.50 | 1,189.50 | 315.63 |
| 179.63 | 294.18 | 882.54 | 1,062.17 | 1,062.17 | 281.85 |
| 65.00 | 60.00 | 180.00 | 245.00 | 245.00 | 65.01 |
| 647.78 | 4,067.63 | 12,202.89 | 12,850.67 | 12,850.67 | 3,409.93 |
| 69.30 | - | - | 69.30 | 69.30 | 18.39 |
| - | 2,739.40 | 8,218.20 | 8,218.20 | 8,218.20 | 2,180.70 |
| 33.50 | - | - | 33.50 | 33.50 | 8.89 |
| 37.10 | 60.80 | 182.40 | 219.50 | 219.50 | 58.24 |
| - | 440.50 | 1,321.50 | 1,321.50 | 1,321.50 | 350.66 |
| - | 662.70 | 1,988.10 | 1,988.10 | 1,988.10 | 527.54 |
| - | 2,330.30 | 6,990.90 | 6,990.90 | 6,990.90 | 1,855.04 |
| 491.70 | 480.90 | 1,442.70 | 1,934.40 | 1,934.40 | 513.29 |
| 312.35 | 202.95 | 608.85 | 921.20 | 921.20 | 244.44 |
| - | 226.50 | 679.50 | 679.50 | 679.50 | 180.31 |
| 1,528.68 | 513.43 | 1,540.29 | 3,068.97 | 3,068.97 | 814.35 |
| - | 384.30 | 1,152.90 | 1,152.90 | 1,152.90 | 305.92 |
| - | 235.20 | 705.60 | 705.60 | 705.60 | 187.23 |
| 203.70 | 18.03 | 54.09 | 257.79 | 257.79 | 68.40 |
| - | 494.10 | 1,482.30 | 1,482.30 | 1,482.30 | 393.33 |
| - | 293.40 | 880.20 | 880.20 | 880.20 | 233.56 |
| 170.90 | - | - | 170.90 | 170.90 | 45.35 |
| 38.00 | - | - | 38.00 | 38.00 | 10.08 |
| 105.90 | - | - | 105.90 | 105.90 | 28.10 |
| - | 214.40 | 643.20 | 643.20 | 643.20 | 170.67 |
| - | 254.00 | 762.00 | 762.00 | 762.00 | 202.20 |
| - | 930.10 | 2,790.30 | 2,790.30 | 2,790.30 | 740.41 |
| - | 43.50 | 130.50 | 130.50 | 130.50 | 34.63 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 55.10 | - | - | 55.10 | 55.10 | 14.62 |
| 69.90 | 23.30 | 69.90 | 139.80 | 139.80 | 37.10 |
| 1,074.10 | - | - | 1,074.10 | 1,074.10 | 285.01 |
| 151.95 | 498.95 | 1,496.85 | 1,648.80 | 1,648.80 | 437.51 |
| 66.00 | 87.90 | 263.70 | 329.70 | 329.70 | 87.49 |
| - | 158.50 | 475.50 | 475.50 | 475.50 | 126.17 |
| 189.90 | 3,118.15 | 9,354.45 | 9,544.35 | 9,544.35 | 2,532.59 |
| 28.60 | 11.40 | 34.20 | 62.80 | 62.80 | 16.66 |
| 13.43 | 15.48 | 46.44 | 59.87 | 59.87 | 15.89 |
| - | 99.90 | 299.70 | 299.70 | 299.70 | 79.53 |
| 1,063.13 | 770.38 | 2,311.14 | 3,374.27 | 3,374.27 | 895.36 |
| - | 3,285.30 | 9,855.90 | 9,855.90 | 9,855.90 | 2,615.26 |
| - | 111.20 | 333.60 | 333.60 | 333.60 | 88.52 |
| - | 128.10 | 384.30 | 384.30 | 384.30 | 101.97 |
| 36.00 | - | - | 36.00 | 36.00 | 9.55 |
| - | 557.90 | 1,673.70 | 1,673.70 | 1,673.70 | 444.12 |
| 866.70 | 1,690.10 | 5,070.30 | 5,937.00 | 5,937.00 | 1,575.38 |
| 945.00 | 664.70 | 1,994.10 | 2,939.10 | 2,939.10 | 779.89 |
| 336.83 | 1,200.68 | 3,602.04 | 3,938.87 | 3,938.87 | 1,045.18 |
| 21.50 | - | - | 21.50 | 21.50 | 5.71 |
| - | 990.50 | 2,971.50 | 2,971.50 | 2,971.50 | 788.49 |
| 1,485.03 | 3,814.58 | 11,443.74 | 12,928.77 | 12,928.77 | 3,430.65 |
| 1,344.95 | 3,037.65 | 9,112.95 | 10,457.90 | 10,457.90 | 2,775.00 |
| - | 2,433.80 | 7,301.40 | 7,301.40 | 7,301.40 | 1,937.43 |
| 79.40 | 587.40 | 1,762.20 | 1,841.60 | 1,841.60 | 488.67 |
| 16.00 | - | - | 16.00 | 16.00 | 4.25 |
| 139.18 | 563.83 | 1,691.49 | 1,830.67 | 1,830.67 | 485.77 |
| 969.10 | 12.30 | 36.90 | 1,006.00 | 1,006.00 | 266.94 |
| - | 126.90 | 380.70 | 380.70 | 380.70 | 101.02 |
| 24.50 | - | - | 24.50 | 24.50 | 6.50 |
| 466.73 | 423.08 | 1,269.24 | 1,735.97 | 1,735.97 | 460.64 |
| 258.08 | 86.03 | 258.09 | 516.17 | 516.17 | 136.97 |
| - | 3,169.70 | 9,509.10 | 9,509.10 | 9,509.10 | 2,523.24 |
| - | 745.50 | 2,236.50 | 2,236.50 | 2,236.50 | 593.46 |
| - | 1,090.20 | 3,270.60 | 3,270.60 | 3,270.60 | 867.85 |
| - | 180.00 | 540.00 | 540.00 | 540.00 | 143.29 |
| 88.00 | - | - | 88.00 | 88.00 | 23.35 |
| - | 499.80 | 1,499.40 | 1,499.40 | 1,499.40 | 397.87 |
| 16.00 | - | - | 16.00 | 16.00 | 4.25 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| 776.48 | 2,643.58 | 7,930.74 | 8,707.22 | 8,707.22 | 2,310.46 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| 5,659.83 | 7,297.98 | 21,893.94 | 27,553.77 | 27,553.77 | 7,311.39 |
| 726.05 | 194.75 | 584.25 | 1,310.30 | 1,310.30 | 347.69 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 11.00 | - | - | 11.00 | 11.00 | 2.92 |
| - | 280.50 | 841.50 | 841.50 | 841.50 | 223.29 |
| 119.03 | 613.18 | 1,839.54 | 1,958.57 | 1,958.57 | 519.71 |
| 915.20 | - | - | 915.20 | 915.20 | 242.85 |
| 3,822.73 | 6,687.08 | 20,061.24 | 23,883.97 | 23,883.97 | 6,337.61 |
| - | 1,131.90 | 3,395.70 | 3,395.70 | 3,395.70 | 901.05 |
| 757.75 | 1,237.65 | 3,712.95 | 4,470.70 | 4,470.70 | 1,186.30 |
| - | 1,196.80 | 3,590.40 | 3,590.40 | 3,590.40 | 952.71 |
| 2,646.73 | 538.08 | 1,614.24 | 4,260.97 | 4,260.97 | 1,130.65 |
| 4,203.88 | 7,683.13 | 23,049.39 | 27,253.27 | 27,253.27 | 7,231.66 |
| - | 774.90 | 2,324.70 | 2,324.70 | 2,324.70 | 616.86 |
| 2,995.75 | 2,587.45 | 7,762.35 | 10,758.10 | 10,758.10 | 2,854.66 |
| 1,719.38 | 1,367.23 | 4,101.69 | 5,821.07 | 5,821.07 | 1,544.62 |
| - | 1,804.40 | 5,413.20 | 5,413.20 | 5,413.20 | 1,436.39 |
| - | 851.80 | 2,555.40 | 2,555.40 | 2,555.40 | 678.08 |
| - | 4,077.60 | 12,232.80 | 12,232.80 | 12,232.80 | 3,245.97 |
| - | 3,219.10 | 9,657.30 | 9,657.30 | 9,657.30 | 2,562.56 |
| - | 4,188.70 | 12,566.10 | 12,566.10 | 12,566.10 | 3,334.41 |
| - | 761.00 | 2,283.00 | 2,283.00 | 2,283.00 | 605.79 |
| 136.35 | 719.15 | 2,157.45 | 2,293.80 | 2,293.80 | 608.66 |
| - | 6,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 4,776.30 |
| 174.15 | 219.05 | 657.15 | 831.30 | 831.30 | 220.59 |
| 4,749.10 | 2,750.90 | 8,252.70 | 13,001.80 | 13,001.80 | 3,450.03 |
| - | 499.00 | 1,497.00 | 1,497.00 | 1,497.00 | 397.23 |
| 692.93 | 1,429.08 | 4,287.24 | 4,980.17 | 4,980.17 | 1,321.49 |
| 25.93 | 13.38 | 40.14 | 66.07 | 66.07 | 17.53 |
| - | - | - | - | - | - |
| - | 120.00 | 360.00 | 360.00 | 360.00 | 95.53 |
| - | 365.00 | 1,095.00 | 1,095.00 | 1,095.00 | 290.56 |
| 3.38 | 297.03 | 891.09 | 894.47 | 894.47 | 237.35 |
| 900.98 | 1,166.93 | 3,500.79 | 4,401.77 | 4,401.77 | 1,168.01 |
| 634.10 | 1,467.90 | 4,403.70 | 5,037.80 | 5,037.80 | 1,336.78 |
| 13.00 | - | - | 13.00 | 13.00 | 3.45 |
| 1,175.88 | 7,797.53 | 23,392.59 | 24,568.47 | 24,568.47 | 6,519.24 |
| 160.55 | 150.35 | 451.05 | 611.60 | 611.60 | 162.29 |
| - | 10.10 | 30.30 | 30.30 | 30.30 | 8.04 |
| 379.65 | 1,325.35 | 3,976.05 | 4,355.70 | 4,355.70 | 1,155.78 |
| 2,724.48 | 4,846.53 | 14,539.59 | 17,264.07 | 17,264.07 | 4,581.02 |
| - | 415.10 | 1,245.30 | 1,245.30 | 1,245.30 | 330.44 |
| - | 137.80 | 413.40 | 413.40 | 413.40 | 109.70 |
| - | 2,063.00 | 6,189.00 | 6,189.00 | 6,189.00 | 1,642.25 |
| - | 4,987.70 | 14,963.10 | 14,963.10 | 14,963.10 | 3,970.46 |
| 10.50 | - | - | 10.50 | 10.50 | 2.79 |
| - | 2,293.20 | 6,879.60 | 6,879.60 | 6,879.60 | 1,825.50 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 679.58 | 903.73 | 2,711.19 | 3,390.77 | 3,390.77 | 899.74 |
| 65.40 | 3.70 | 11.10 | 76.50 | 76.50 | 20.30 |
| - | 1,259.20 | 3,777.60 | 3,777.60 | 3,777.60 | 1,002.39 |
| - | 610.70 | 1,832.10 | 1,832.10 | 1,832.10 | 486.15 |
| - | 1,709.50 | 5,128.50 | 5,128.50 | 5,128.50 | 1,360.85 |
| 1,314.20 | 4,148.40 | 12,445.20 | 13,759.40 | 13,759.40 | 3,651.06 |
| - | 1,742.30 | 5,226.90 | 5,226.90 | 5,226.90 | 1,386.96 |
| 4,200.90 | 7,476.10 | 22,428.30 | 26,629.20 | 26,629.20 | 7,066.06 |
| 275.55 | 7,346.15 | 22,038.45 | 22,314.00 | 22,314.00 | 5,921.02 |
| 1,050.00 | 348.20 | 1,044.60 | 2,094.60 | 2,094.60 | 555.80 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| - | 1,557.90 | 4,673.70 | 4,673.70 | 4,673.70 | 1,240.17 |
| - | 2,082.30 | 6,246.90 | 6,246.90 | 6,246.90 | 1,657.61 |
| - | 1,176.20 | 3,528.60 | 3,528.60 | 3,528.60 | 936.31 |
| 4.00 | 455.80 | 1,367.40 | 1,371.40 | 1,371.40 | 363.90 |
| 41.10 | - | - | 41.10 | 41.10 | 10.91 |
| 10.40 | - | - | 10.40 | 10.40 | 2.76 |
| 239.30 | - | - | 239.30 | 239.30 | 63.50 |
| 118.95 | 752.35 | 2,257.05 | 2,376.00 | 2,376.00 | 630.47 |
| 22.00 | 96.00 | 288.00 | 310.00 | 310.00 | 82.26 |
| 45.38 | 15.13 | 45.39 | 90.77 | 90.77 | 24.09 |
| - | 143.00 | 429.00 | 429.00 | 429.00 | 113.84 |
| - | 1,839.30 | 5,517.90 | 5,517.90 | 5,517.90 | 1,464.17 |
| - | 939.30 | 2,817.90 | 2,817.90 | 2,817.90 | 747.73 |
| 4,987.70 | 9,005.90 | 27,017.70 | 32,005.40 | 32,005.40 | 8,492.63 |
| 72.00 | 582.10 | 1,746.30 | 1,818.30 | 1,818.30 | 482.49 |
| 99.00 | - | - | 99.00 | 99.00 | 26.27 |
| 3,427.40 | - | - | 3,427.40 | 3,427.40 | 909.46 |
| - | 206.70 | 620.10 | 620.10 | 620.10 | 164.54 |
| 552.03 | 1,469.48 | 4,408.44 | 4,960.47 | 4,960.47 | 1,316.26 |
| 35.55 | 700.00 | 2,100.00 | 2,135.55 | 2,135.55 | 566.67 |
| 78.98 | 78.63 | 235.89 | 314.87 | 314.87 | 83.55 |
| 72.50 | - | - | 72.50 | 72.50 | 19.24 |
| 102.30 | - | - | 102.30 | 102.30 | 27.15 |
| 194.63 | 304.18 | 912.54 | 1,107.17 | 1,107.17 | 293.79 |
| 27.40 | 397.50 | 1,192.50 | 1,219.90 | 1,219.90 | 323.70 |
| - | 3,030.50 | 9,091.50 | 9,091.50 | 9,091.50 | 2,412.43 |
| 48.90 | - | - | 48.90 | 48.90 | 12.98 |
| 147.10 | - | - | 147.10 | 147.10 | 39.03 |
| 1,018.43 | 202.68 | 608.04 | 1,626.47 | 1,626.47 | 431.58 |
| 7.50 | - | - | 7.50 | 7.50 | 1.99 |
| - | 2,236.60 | 6,709.80 | 6,709.80 | 6,709.80 | 1,780.45 |
| 150.90 | 382.40 | 1,147.20 | 1,298.10 | 1,298.10 | 344.45 |
| - | 268.90 | 806.70 | 806.70 | 806.70 | 214.06 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 138.40 | - | - | 138.40 | 138.40 | 36.72 |
| - | 1,718.10 | 5,154.30 | 5,154.30 | 5,154.30 | 1,367.69 |
| 3.75 | 930.35 | 2,791.05 | 2,794.80 | 2,794.80 | 741.60 |
| - | 249.70 | 749.10 | 749.10 | 749.10 | 198.77 |
| 104.40 | - | - | 104.40 | 104.40 | 27.70 |
| 57.60 | - | - | 57.60 | 57.60 | 15.28 |
| - | 3,688.10 | 11,064.30 | 11,064.30 | 11,064.30 | 2,935.91 |
| 40.88 | 622.83 | 1,868.49 | 1,909.37 | 1,909.37 | 506.65 |
| - | 2,439.60 | 7,318.80 | 7,318.80 | 7,318.80 | 1,942.04 |
| 41.00 | - | - | 41.00 | 41.00 | 10.88 |
| 146.30 | 1,165.30 | 3,495.90 | 3,642.20 | 3,642.20 | 966.46 |
| - | 1,018.90 | 3,056.70 | 3,056.70 | 3,056.70 | 811.10 |
| - | 215.00 | 645.00 | 645.00 | 645.00 | 171.15 |
| 138.68 | 46.23 | 138.69 | 277.37 | 277.37 | 73.60 |
| - | 605.90 | 1,817.70 | 1,817.70 | 1,817.70 | 482.33 |
| 389.20 | - | - | 389.20 | 389.20 | 103.27 |
| 1,043.68 | 1,860.23 | 5,580.69 | 6,624.37 | 6,624.37 | 1,757.78 |
| 1,110.03 | 642.58 | 1,927.74 | 3,037.77 | 3,037.77 | 806.07 |
| - | 493.00 | 1,479.00 | 1,479.00 | 1,479.00 | 392.45 |
| - | 14.50 | 43.50 | 43.50 | 43.50 | 11.54 |
| - | 665.10 | 1,995.30 | 1,995.30 | 1,995.30 | 529.45 |
| 507.45 | 834.95 | 2,504.85 | 3,012.30 | 3,012.30 | 799.31 |
| 3,784.45 | 875.65 | 2,626.95 | 6,411.40 | 6,411.40 | 1,701.26 |
| 52.20 | - | - | 52.20 | 52.20 | 13.85 |
| 36.50 | - | - | 36.50 | 36.50 | 9.69 |
| 1,663.98 | 2,813.93 | 8,441.79 | 10,105.77 | 10,105.77 | 2,681.57 |
| - | 344.70 | 1,034.10 | 1,034.10 | 1,034.10 | 274.40 |
| - | 901.20 | 2,703.60 | 2,703.60 | 2,703.60 | 717.40 |
| - | 4,410.90 | 13,232.70 | 13,232.70 | 13,232.70 | 3,511.30 |
| | 3,474.52 | 10,423.56 | 10,423.56 | 10,423.56 | 2,765.89 |
| - | 1,200.00 | 3,600.00 | 3,600.00 | 3,600.00 | 955.26 |
| 8.70 | - | - | 8.70 | 8.70 | 2.31 |
| 4,949.18 | 8,834.83 | 26,504.49 | 31,453.67 | 31,453.67 | 8,346.23 |
| - | 658.20 | 1,974.60 | 1,974.60 | 1,974.60 | 523.96 |
| 75.40 | - | - | 75.40 | 75.40 | 20.01 |
| 716.30 | 879.40 | 2,638.20 | 3,354.50 | 3,354.50 | 890.12 |
| | 1,560.00 | 4,680.00 | 4,680.00 | 4,680.00 | 1,241.84 |
| - | 1,363.20 | 4,089.60 | 4,089.60 | 4,089.60 | 1,085.18 |
| - | 252.20 | 756.60 | 756.60 | 756.60 | 200.76 |
| - | 4,396.80 | 13,190.40 | 13,190.40 | 13,190.40 | 3,500.07 |
| 125.80 | - | - | 125.80 | 125.80 | 33.38 |
| 800.00 | - | - | 800.00 | 800.00 | 212.28 |
| 1,971.48 | 5,635.03 | 16,905.09 | 18,876.57 | 18,876.57 | 5,008.90 |
| 123.00 | - | - | 123.00 | 123.00 | 32.64 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 125.20 | - | - | 125.20 | 125.20 | 33.22 |
| 762.60 | 1,376.50 | 4,129.50 | 4,892.10 | 4,892.10 | 1,298.12 |
| 1,948.40 | 1,490.90 | 4,472.70 | 6,421.10 | 6,421.10 | 1,703.84 |
| - | 1,189.00 | 3,567.00 | 3,567.00 | 3,567.00 | 946.50 |
| 898.33 | 753.78 | 2,261.34 | 3,159.67 | 3,159.67 | 838.42 |
| - | 368.90 | 1,106.70 | 1,106.70 | 1,106.70 | 293.66 |
| - | 1,258.20 | 3,774.60 | 3,774.60 | 3,774.60 | 1,001.59 |
| - | 2,702.60 | 8,107.80 | 8,107.80 | 8,107.80 | 2,151.40 |
| - | 80.00 | 240.00 | 240.00 | 240.00 | 63.68 |
| 2,054.73 | 2,910.68 | 8,732.04 | 10,786.77 | 10,786.77 | 2,862.27 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| - | 260.10 | 780.30 | 780.30 | 780.30 | 207.05 |
| - | 460.81 | 1,382.43 | 1,382.43 | 1,382.43 | 366.83 |
| 572.30 | - | - | 572.30 | 572.30 | 151.86 |
| - | 466.10 | 1,398.30 | 1,398.30 | 1,398.30 | 371.04 |
| 129.64 | 1,951.55 | 5,854.65 | 5,984.29 | 5,984.29 | 1,587.93 |
| - | 1,601.80 | 4,805.40 | 4,805.40 | 4,805.40 | 1,275.11 |
| - | 1,602.70 | 4,808.10 | 4,808.10 | 4,808.10 | 1,275.83 |
| 845.95 | 874.25 | 2,622.75 | 3,468.70 | 3,468.70 | 920.42 |
| 4,155.38 | 1,874.33 | 5,622.99 | 9,778.37 | 9,778.37 | 2,594.69 |
| - | 1,127.60 | 3,382.80 | 3,382.80 | 3,382.80 | 897.63 |
| - | 1,619.00 | 4,857.00 | 4,857.00 | 4,857.00 | 1,288.80 |
| - | 60.70 | 182.10 | 182.10 | 182.10 | 48.32 |
| - | 272.90 | 818.70 | 818.70 | 818.70 | 217.24 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| 7.00 | - | - | 7.00 | 7.00 | 1.86 |
| - | 175.40 | 526.20 | 526.20 | 526.20 | 139.63 |
| 53.23 | 101.78 | 305.34 | 358.57 | 358.57 | 95.15 |
| - | 973.70 | 2,921.10 | 2,921.10 | 2,921.10 | 775.11 |
| 541.28 | 322.53 | 967.59 | 1,508.87 | 1,508.87 | 400.38 |
| 686.25 | 153.35 | 460.05 | 1,146.30 | 1,146.30 | 304.17 |
| 5,004.10 | 4,779.88 | 14,339.64 | 19,343.74 | 19,343.74 | 5,132.86 |
| 253.93 | 753.38 | 2,260.14 | 2,514.07 | 2,514.07 | 667.11 |
| - | 2,818.20 | 8,454.60 | 8,454.60 | 8,454.60 | 2,243.43 |
| 139.90 | 874.05 | 2,622.15 | 2,762.05 | 2,762.05 | 732.91 |
| - | 190.40 | 571.20 | 571.20 | 571.20 | 151.57 |
| 216.60 | 184.80 | 554.40 | 771.00 | 771.00 | 204.58 |
| - | 1,310.60 | 3,931.80 | 3,931.80 | 3,931.80 | 1,043.30 |
| - | 1,245.40 | 3,736.20 | 3,736.20 | 3,736.20 | 991.40 |
| - | 1,478.55 | 4,435.65 | 4,435.65 | 4,435.65 | 1,177.00 |
| 554.18 | 432.93 | 1,298.79 | 1,852.97 | 1,852.97 | 491.69 |
| 24.70 | - | - | 24.70 | 24.70 | 6.55 |
| 853.95 | 1,007.85 | 3,023.55 | 3,877.50 | 3,877.50 | 1,028.89 |
| 2,898.33 | 5,120.58 | 15,361.74 | 18,260.07 | 18,260.07 | 4,845.31 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 198.65 | 378.95 | 1,136.85 | 1,335.50 | 1,335.50 | 354.37 |
| 2,743.35 | 2,978.35 | 8,935.05 | 11,678.40 | 11,678.40 | 3,098.86 |
| - | 2,590.10 | 7,770.30 | 7,770.30 | 7,770.30 | 2,061.85 |
| - | 701.80 | 2,105.40 | 2,105.40 | 2,105.40 | 558.67 |
| 2,654.73 | 6,537.48 | 19,612.44 | 22,267.17 | 22,267.17 | 5,908.59 |
| - | 379.20 | 1,137.60 | 1,137.60 | 1,137.60 | 301.86 |
| 142.60 | - | - | 142.60 | 142.60 | 37.84 |
| - | 12.00 | 36.00 | 36.00 | 36.00 | 9.55 |
| 4,790.30 | 6,538.50 | 19,615.50 | 24,405.80 | 24,405.80 | 6,476.08 |
| - | 828.60 | 2,485.80 | 2,485.80 | 2,485.80 | 659.61 |
| - | 74.50 | 223.50 | 223.50 | 223.50 | 59.31 |
| - | 760.60 | 2,281.80 | 2,281.80 | 2,281.80 | 605.48 |
| 7.50 | - | - | 7.50 | 7.50 | 1.99 |
| 409.65 | 136.55 | 409.65 | 819.30 | 819.30 | 217.40 |
| - | 398.00 | 1,194.00 | 1,194.00 | 1,194.00 | 316.83 |
| 5,398.58 | 7,254.33 | 21,762.99 | 27,161.57 | 27,161.57 | 7,207.32 |
| - | 210.30 | 630.90 | 630.90 | 630.90 | 167.41 |
| 28.80 | - | - | 28.80 | 28.80 | 7.64 |
| 459.70 | - | - | 459.70 | 459.70 | 121.98 |
| - | 70.40 | 211.20 | 211.20 | 211.20 | 56.04 |
| - | 82.50 | 247.50 | 247.50 | 247.50 | 65.67 |
| - | 50.00 | 150.00 | 150.00 | 150.00 | 39.80 |
| 639.25 | 230.75 | 692.25 | 1,331.50 | 1,331.50 | 353.31 |
| - | 979.70 | 2,939.10 | 2,939.10 | 2,939.10 | 779.89 |
| - | 220.00 | 660.00 | 660.00 | 660.00 | 175.13 |
| - | 1,457.20 | 4,371.60 | 4,371.60 | 4,371.60 | 1,160.00 |
| - | 252.40 | 757.20 | 757.20 | 757.20 | 200.92 |
| 1,343.75 | 1,196.15 | 3,588.45 | 4,932.20 | 4,932.20 | 1,308.76 |
| 649.08 | 1,500.63 | 4,501.89 | 5,150.97 | 5,150.97 | 1,366.81 |
| 349.58 | 5,291.03 | 15,873.09 | 16,222.67 | 16,222.67 | 4,304.69 |
| - | 3,236.60 | 9,709.80 | 9,709.80 | 9,709.80 | 2,576.50 |
| 315.70 | - | - | 315.70 | 315.70 | 83.77 |
| - | - | - | - | - | - |
| 16.70 | - | - | 16.70 | 16.70 | 4.43 |
| - | 1,322.00 | 3,966.00 | 3,966.00 | 3,966.00 | 1,052.38 |
| 2,800.00 | 2,100.00 | 6,300.00 | 9,100.00 | 9,100.00 | 2,414.69 |
| 155.08 | 244.23 | 732.69 | 887.77 | 887.77 | 235.57 |
| - | 1,403.10 | 4,209.30 | 4,209.30 | 4,209.30 | 1,116.94 |
| - | 5,364.30 | 16,092.90 | 16,092.90 | 16,092.90 | 4,270.25 |
| 200.00 | 202.25 | 606.75 | 806.75 | 806.75 | 214.07 |
| - | 564.10 | 1,692.30 | 1,692.30 | 1,692.30 | 449.05 |
| 178.43 | 59.48 | 178.44 | 356.87 | 356.87 | 94.70 |
| - | 435.10 | 1,305.30 | 1,305.30 | 1,305.30 | 346.36 |
| - | 1,711.30 | 5,133.90 | 5,133.90 | 5,133.90 | 1,362.28 |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 1,046.65 | 1,714.95 | 5,144.85 | 6,191.50 | 6,191.50 | 1,642.91 |
| 39.50 | - | - | 39.50 | 39.50 | 10.48 |
| 100.00 | 750.00 | 2,250.00 | 2,350.00 | 2,350.00 | 623.57 |
| - | 905.40 | 2,716.20 | 2,716.20 | 2,716.20 | 720.74 |
| 19.73 | 129.88 | 389.64 | 409.37 | 409.37 | 108.63 |
| - | 117.30 | 351.90 | 351.90 | 351.90 | 93.38 |
| - | 2,375.20 | 7,125.60 | 7,125.60 | 7,125.60 | 1,890.78 |
| - | 1,407.70 | 4,223.10 | 4,223.10 | 4,223.10 | 1,120.60 |

**TOTAL**                                                                  1,091,671.28